**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TOYOTA MOTOR SALES, U.S.A., INC.,<br>Plaintiff,<br>v.<br>BINHESHANGMAO, et al.,<br>Defendants. | Case No. 26-cv-05133<br>**Judge Charles P. Kocoras**<br>**Magistrate Judge Young B. Kim** |

**PLAINTIFF'S SECOND RENEWED MOTION FOR ELECTRONIC SERVICE OF PROCESS PURSUANT TO FED. R. CIV. P. 4(f)(3) AS TO CERTAIN DEFENDANTS**

Plaintiff Toyota Motor Sales, U.S.A., Inc. ("Plaintiff" or "Toyota Motor Sales") seeks this Court's authorization to effectuate service of process by e-mail and electronic publication as to Defendant Nos. 25, 31, 36, 41, 58, 64, 69, 71, and 74.[1] A Memorandum of Law in Support is filed concurrently with this Motion.

[1] The remaining, non-dismissed defendants, remain active in the case. Plaintiff will either move for electronic service of process or otherwise serve the remaining defendants in due course, after evaluating the physical addresses provided by third parties for each remaining defendant.

Dated this 20th day of November 2026.

Respectfully submitted,

/s/ Trevor C. Talhami
Amy C. Ziegler
Justin R. Gaudio
Trevor C. Talhami
Madeline B. Halgren
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ttalhami@gbc.law
mhalgren@gbc.law

*Counsel for Plaintiff*
*Toyota Motor Sales, U.S.A., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of November 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in **Exhibit A** hereto that includes a link to said website.

/s/ Trevor C. Talhami
Amy C. Ziegler
Justin R. Gaudio
Trevor C. Talhami
Madeline B. Halgren
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ttalhami@gbc.law
mhalgren@gbc.law

*Counsel for Plaintiff*
*Toyota Motor Sales, U.S.A., Inc.*